IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENE SALAZAR,

       Plaintiff,

v.                                            No. 1:21-cv-00542-KG-JFR

GREEN SQUARE COMPANY, LLC,

       Defendant.

## DEFAULT JUDGMENT AS TO LIABILITY

THIS MATTER came before the Court on Plaintiff Eugene Salazar's Motion for Default Judgment and Request for Damages Hearing.  Having reviewed the record and finding good cause, IT IS HEREBY ORDERED AS FOLLOWS:

Judgment is entered as to liability against Defendant Green Square Company, LLC, on Plaintiff's claims for violation of the Fair Debt Collection Practices Act, the New Mexico Unfair Practices Act, and common law tortious debt collection.  The Court will issue a separate notice of hearing on the issue of Plaintiff's damages.

SO ORDERED.

                                              _____
                                        UNITED STATES DISTRICT JUDGE

Submitted:

*/s/Nicholas H. Mattison*
Nicholas H. Mattison
Feferman, Warren & Mattison, Attorneys for Plaintiff
300 Central Ave., SW, Suite 2000 West
Albuquerque, NM 87102
(505) 243-7773
(505) 243-6663 (fax)