IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENE SALAZAR,

    Plaintiff,

vs.                                         Civ. No. 21-0542 KG/JFR

GREEN SQUARE COMPANY, LLC,

    Defendant.

## ORDER OF REFERENCE FOR DAMAGES HEARING

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to Magistrate Judge John F. Robbenhaar to conduct hearings, including a jury trial, if warranted, on the question of damages.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE