FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

APR 18 2022

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Eugene Salazar,

    Plaintiffs,

v.                                                          Civ. No. 21-cv-00542 KG/JFR

Green Square Company, LLC,

    Defendants.

## FINAL JUDGMENT

Having adopted the Magistrate Judge's Proposed Findings and Recommended Disposition, and having overruled Plaintiff's objections (Doc. 31), and pursuant to Federal Rule of Civil Procedure 58(a), this Court issues its separate judgment disposing of this civil case.

The Court calculates damages as follows::

1. Actual damages for $2,120.00 are awarded under the FDCPA and in connection with the state tort claim, but that amount can only be collected once;

2. Statutory damages are awarded for $1,000.00 under the FDCPA and $100.00 under the NM UPA;

3. Exemplary, punitive, and treble damages of $300.00 are awarded under the NM UPA (which includes the $100.00 state statutory amount), but the trebled amount may not be recovered in addition to the $1,000.00 statutory amount under the FDCPA;

4. Defendant is ENJOINED from placing telephone calls or sending any emails to this Plaintiff or to anyone with whom this Plaintiff is associated; and

5. Costs and fees of $11,655.23 are awarded to Plaintiff, which includes $10,000.55 in attorney's fees and $1,664.68 in costs.

IT IS, THEREFORE, ORDERED that

1. Total judgment is entered in favor of Plaintiff and against Defendant in the amount of $14,875.23; and

2. This case is hereby closed.

_____
UNITED STATES DISTRICT JUDGE